IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY HATCHETT and | : | |
| MARISOL HATCHETT, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 15-6393 |
| | : | |
| JOSEPH ONDERCIN, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

**AND NOW**, this 6th day of April, 2016, upon consideration of "Federal Defendants' Motion to Substitute the United States and to Dismiss the Plaintiffs' Complaint" (Doc. No. 2), the response and reply thereto, and for the reasons set forth in the accompanying Order, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. The GPHA and Ondercin are **DISMISSED** with prejudice for lack of subject matter jurisdiction and the United States is substituted in its place as the sole defendant. The United States is **DISMISSED** without prejudice in light of Plaintiffs' failure to exhaust their administrative remedies.

                                                               **BY THE COURT:**

                                                               /s/ Mitchell S. Goldberg

                                                               _____
                                                               **Mitchell S. Goldberg, J.**